**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Selentia O., Derrick L., Chad H., and Derek G.,
Defendants,

Of whom Selentia O. is the Appellant,

In the interest of minor children under the age of eighteen
years.

Appellate Case No. 2013-001422

———————————

Appeal From Spartanburg County
Jerry D. Vinson, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2014-UP-054
Submitted January 16, 2014 – Filed January 31, 2014

———————————

**AFFIRMED**

———————————

Amanda H. Craven, of Harrison White Smith & Coggins,
of Spartanburg, for Appellant.

Deborah Murdock, of the Murdock Law Firm, LLC, of Mauldin, for Respondent.

Todd Thigpen, of Spartanburg, for Guardian ad Litem.

––––––––––

**PER CURIAM:**  Selentia O. appeals from the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2013).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**FEW, C.J., and PIEPER and KONDUROS, JJ., concur.**

––––––––––

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.